**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: CERNER/ORACLE DATA BREACH LITIGATION. | ) | |
| SHANNON MOTTLEY, Plaintiff, | ) | |
| v. | ) | No. 25-00308-CV-W-BP |
| CERNER CORPORATION d/b/a Oracle Health, Inc., *et al.*, Defendants. | ) | |

**CLERK'S ORDER OF DISMISSAL**

On the 26th day of November 2025, a Notice of Voluntary Dismissal of Plaintiff Shannon Mottley was filed in Case Number 25-0259,

IT IS ORDERED that pursuant to the dismissal entered in Case Number 25-0259 on December 8, 2025, (Doc. 128), Shannon Mottley's claims are dismissed without prejudice.

.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: December 8, 2025